MT. MORRIS BANK v. NEW YORK & H. R. CO. (Supreme Court, Appellate Division, First Department. March 20, 1903.) Action by the Mt. Morris Bank against the New York & Harlem Railroad Company. No opinion. Motion granted.

MUMFORD v. MAXFIELD. (Supreme Court, Appellate Division, Fourth Department. March 17, 1903.) Action by Stephen C. Mumford against Denison H. Maxfield. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs and disbursements.

MURPHY et al., Respondents, v. KAISER et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 6, 1903.) Action by Charles M. Murphy and Libbie Murphy against William J. Kaiser and George W. Dalton. No opinion. Judgment and order affirmed, with costs.

NEW JERSEY STEEL & IRON CO. v. ROBINSON et al. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by the New Jersey Steel & Iron Company against Andrew J. Robinson and others. No opinion. Motion denied.

In re NEW ROCHELLE TRUST CO. (Supreme Court, Appellate Division, Second Department. March 13, 1903.) In the matter of the application of the New Rochelle Trust Company. No opinion. Application to confirm referee's report granted, and order signed.

NEW YORK CEMENT CO., Appellant, v. CONSOLIDATED ROSENDALE CEMENT CO. et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 6, 1903.) Action by the New York Cement Company against the Consolidated Rosendale Cement Company and others. No opinion. Judgment unanimously affirmed, with costs.

NEW YORK MUT. SAVINGS & LOAN ASS'N, Respondent, v. HOME LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 1. 1903.) Action by the New York Mutual Savings & Loan Association against the Home Life Insurance Company. No opinion. Interlocutory judgment affirmed, with costs.

O'CONNOR, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1903.) Action by John J. O'Connor against the New York & Queens County Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

O'CONNOR, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by Katie O'Connor against the Third Avenue Railroad Company. B. H. Ames, for

81 N.Y.S.—72

appellant. J. H. Cohn, for respondent. No opinion. Judgment and order affirmed, with costs.

OGDEN, et al., Respondents, v. CLARK et al., Appellants. (Supreme Court, Appellate Division, First Department. April 9, 1903.) Action by Samuel B. Ogden and others against W. Irving Clark and others. C. S. Martin, for appellants. H. B. Wesselman, for respondents. No opinion. Judgment and order affirmed, with costs.

O'NEIL, Respondent, v. SPRINGARN, Appellant. (Supreme Court, Appellate Division, Third Department. March 17, 1903.) Action by George L. O'Neil against Solomon Springarn. No opinion. Order affirmed, with $10 costs and disbursements.

O'NEILL v. O'NEILL. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by Marion A. O'Neill against John J. F. D. O'Neill. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

O'REILLY, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 13, 1903.) Action by Elizabeth O'Reilly against the Brooklyn Heights Railroad Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

O'SULLIVAN et al., Respondents, v. HUDSON VALLEY RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 13, 1903.) Action by Percy B. O'Sullivan and Michael J. Moran, as executors, etc., of Martin Carroll, deceased, against the Hudson Valley Railway Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

WOODWARD, J., dissents.

O'SULLIVAN, Appellant, v. O'SULLIVAN, Respondent. (Supreme Court, Appellate Division, First Department. March 20, 1903.) Action by Elizabeth G. O'Sullivan against John T. O'Sullivan. C. J. Earley, for appellant. G. C. Norton, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PAIGE, Respondent, v. SCHENECTADY RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 6, 1903.) Action by Janet Franchot Paige against the Schenectady Railway Company.

PER CURIAM. Judgment affirmed, with costs.

KELLOGG, J., dissents.

In re PARK AVE. VIADUCT. (Supreme Court, Appellate Division, First Department. March 6, 1903.) In the matter of Park avenue viaduct. No opinion. Motion denied.